# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE APPEAL OF DOUGLAS
CHUTZ, TROY LAWRENCE, SR.,
AND TODD THOMAS

NO.  2026 CW 0225

**JUNE 01, 2026**

---

In Re:  Chief Thomas S. Morse, Jr. and the Baton Rouge Police
        Department, applying for supervisory writs, 19th
        Judicial District Court, Parish of East Baton Rouge, No.
        C-759074.

---

**BEFORE:  THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.